IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

**LARRY WENTZEL &**
**CYNTHIA WENTZEL,**
        **Plaintiffs,**

                                    **Case No.:**

**v.**

**NATIONAL SPECIALTY**
**INSURANCE COMPANY,**
        **Defendant.**
_____/

## COMPLAINT FOR BREACH OF CONTRACT
## AND DEMAND FOR JURY TRIAL

COME NOW the Plaintiffs, Larry Wentzel, and Cynthia Wentzel, by and through the undersigned attorney, and file this Complaint against the Defendant, National Specialty Insurance Company, and as grounds therefore, state as follows:

### General Allegations

1. At all times relevant hereto, Wentzel, and Cynthia Wentzel, were residents of the State of Florida, owning the subject property and residing in Lee County, Florida.

2. At all times relevant hereto, the Defendant, National Specialty Insurance Company, was an insurance company organized and existing under the laws of the State of Florida and doing business in the State of Florida.

3. The amount in controversy in this action exceeds the sum of Thirty Thousand Dollars ($30,000.00), exclusive of pre-judgment interest, court costs, and attorney's fees.

## Breach of Contract

4. Plaintiffs reallege each and every allegation set forth in Paragraphs 1 through 3 above, as if fully set forth herein.

5. This is an action for damages for breach of insurance contract against National Specialty Insurance Company ("National").

6. In consideration of the premium paid to it, National issued to Plaintiffs a contract of insurance, Policy No.: VUW-HO-596256, which was in full force and effect at the time of the loss and damage at the insured premises at 16050 Bentwood Palms Drive, Fort Myers, Florida 33908. Plaintiffs have attached hereto as Exhibit "A" a copy of the subject insurance policy.

7. During the effective period of the insurance policy, Plaintiffs' property suffered direct physical damage and loss to insured property.

8. On or about September 28, 2022, Plaintiffs' insured property was damaged as a result of Hurricane Ian.

9. The loss and damage to Plaintiffs' covered property resulted from a peril for which the policy of insurance issued by Defendant provides coverage.

10. The loss and damage caused by Hurricane Ian caused the Plaintiffs to sustain loss to their property and structures, and to incur additional expenses.

11. Plaintiffs have made a timely claim for the damage and loss.

12. Plaintiffs have requested that National pay for their damages, but National has failed and refused to fully pay the aforementioned damages.

13. Plaintiffs have done and performed all those matters and things properly required of them under the insurance policy or, alternatively, has been excused from performance by the acts, representations, and/or conduct of National.

14. Notwithstanding the foregoing, National has failed or refused to provide coverage under the insurance policy and has failed to pay promptly the amounts due and has thereby breached the contract of insurance.

15. As a direct result of National's breach of the insurance contract, Plaintiffs have been financially damaged and continue to suffer damage and loss.

16. As a result of National's breach of the insurance contract, it has become necessary for the Plaintiffs to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action. Plaintiffs are entitled to have National pay said fees and costs pursuant to section 627.428 and/or section 627.70152, Florida Statutes.

WHEREFORE, the Plaintiffs, Wentzel, and Cynthia Wentzel, pray this Court order National Specialty Insurance Company to pay in full the contract of insurance, award the Plaintiffs actual and compensatory damages, pre-judgment interest, costs of this action, attorney's fees, and such other and further relief as this Court may deem appropriate. Further, the Plaintiffs request a trial by jury on all issues so triable.

Date: February 10, 2023                    Respectfully submitted,

                                                                                _s/David D. Barnhill_
Andrew P. McDonald, Esquire, No.: 805661
David D. Barnhill, Esquire, No: 90442
McDonald & Barnhill, P.A.
505 S. Magnolia Avenue
Tampa, FL 33606
(813) 265-2020 telephone
(813) 200-2030 facsimile
Attorneys for Plaintiffs
eservice@mcdonaldbarnhill.com